IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20–CV–455–BR

| | |
|---|---|
| PELLA CORPORATION, AS PLAN SPONSOR, ADMINISTRATOR AND FIDUCIARY OF PELLA CORPORATION GROUP MEDICAL PLAN, <br><br>　　　　　Plaintiff, <br>　v. <br><br> SCOTT SCHULZ, NARRON & HOLDFORD, P.A., BEN L. EAGLES, LAW OFFICE OF KEVIN WILLIAMS, PLLC and KEVIN WILLIAMS, <br><br>　　　　　Defendants. | ORDER |

This matter is before the court on the parties' joint motion to modify the Temporary Restraining Order ("TRO") entered on 24 August 2020. (DE # 30.)

The parties have reached a settlement in this matter. (Id. at 1.) As such, the parties jointly request to modify the TRO to allow defendants to pay plaintiff the sum agreed upon to resolve this matter. (Id.) The parties consent to an extension of the TRO, as modified, until such time as defendants have paid the agreed upon amounts. (See id.)

The parties' joint motion to modify the TRO is ALLOWED. The TRO, as modified, shall remain in effect until the court orders it dissolved upon receipt of notice that the agreed upon sums have been paid. In light of the agreement between the parties, plaintiff's motion for a preliminary injunction is DENIED WITHOUT PREJUDICE. The Clerk is DIRECTED to

terminate the 29 September 2020 hearing.

This 28 September 2020.

_____
W. Earl Britt
Senior U.S. District Judge